UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. LOZA, | ) | Case No. CV 11-1437-JST (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES E. TILTON, Director of Corrections, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 3·01·2012

Josephine Tucker
United States District Judge